UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20502-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LAMAR HAMILTON**,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on April 22, 2025 [ECF No. 32]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 32]** is **AFFIRMED AND ADOPTED**, and Defendant, Lamar Hamilton's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 26th day of April, 2025.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Magistrate Judge Lisette M. Reid